UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:17MJ1694 (JGM) |
| | : | |
| v. | : | |
| | : | |
| GRAND JURY SUBPOENA | : | February 3, 2020 |

## MOTION FOR PARTIAL UNSEALING

The Government respectfully requests that the Court unseal the above captioned case and certain documents filed within the case, including Docket Entries 1 (but not 1-1), 2, and 3. As to these docket entries, the Government has reviewed the filings and has determined that the facts justifying sealing no longer apply, or no longer outweigh the public's interest in access to the material, as the investigation is closed.

Docket Entry 1-1 contains a grand jury subpoena and related paperwork. In order to protect the secrecy of grand jury proceedings, as required under Federal Rule of Criminal Procedure 6(e), the Government requests that Docket Entry 1-1 remain sealed. For the same reasons, the Government also requests that the caption of the case, which currently lists the grand jury matter number (in the format X-XX-X-XX(X)#XXX), be revised to read, simply, "Grand Jury Subpoena." Revising the caption in this way will remove any reference to the particular grand jury matter to which the subpoena pertained, thereby maintaining grand jury secrecy.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

*/s Sarala V. Nagala*

SARALA V. NAGALA
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv05529

                      United States Attorney's Office
                      157 Church Street, 25th Floor
                      New Haven, CT 06510
                      Tel: (203) 821-3700
                      Sarala V. Nagala@usdoj.gov